**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF LOUISIANA**
**MONROE DIVISION**

| | |
|---|---|
| **LINCTEN BELIZAIRE** | **CASE NO. 3:26-CV-829 SEC P** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **WARDEN H. TELLEZ, ET AL.** | **MAGISTRATE JUDGE HORNSBY** |

# JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein [Doc. No. 21], and after an independent review of the record, and noting the lack of written objections filed by Petitioner and determining that the findings are correct under the applicable law,

**IT IS ORDERED**, **ADJUDGED**, **AND DECREED** that Respondent's Motion to Dismiss [Doc. No. 11] is **GRANTED** and Petitioner's petition [Doc. No. 1] is **DISMISSED WITHOUT PREJUDICE** as Petitioner has been deported.

MONROE, LOUISIANA, this 20th day of October 2026.

TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE